In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-481 CR


____________________



ELIJAH W. RATCLIFF, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18177






 MEMORANDUM OPINION 


 On November 17, 2005, we informed the parties that our jurisdiction was not
apparent from the notice of appeal, and notified them that the appeal would be dismissed
for want of jurisdiction unless we received a response showing grounds for continuing the
appeal. No reply has been filed.

 The notice of appeal seeks to appeal "a series of dispositive orders" (1) but according
to the trial court clerk the appellant has not been convicted or sentenced in cause no.
18177. The trial court's denial of the appellant's motions is not appealable at this time. 
 The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered January 11, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. The appellant does not identify the motions but they apparently concern discovery
and deposition.